```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                                  Case No. 16-22908-JKO
Geraldo Castillo                                                        Chapter 7
Lisa Santiago
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 113C-0          User: admin                  Page 1 of 3                  Date Rcvd: Dec 23, 2016
                              Form ID: 318                 Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db/jdb         +Geraldo Castillo,    Lisa Santiago,    2340 NW 73 Ave,    Sunrise, FL 33313-2826
smg            +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
cr             +Aharon Zegman, LLC,    10730 NW 7th Court,    Plantation, FL 33324,    UNITED STATES 33324-1050
93782416       +Aharon Zegman LLC,    10730 NW 7 Ct,    Fort Lauderdale FL 33324-1050
93747694       +American Express,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
93747696        Assurant Specialty Property,    c/o American Bankers Insurance,    11222 Quail Roost Drive,
                 Miami, FL 33157-6596
93747697       +Bank of America,    1001 Red Bug Lake Road,    Casselberry, FL 32707-5744
93747698       +Bay Area Credit Service,    P.O. Box 467600,    Atlanta, GA 31146-7600
93747699       +Bryant State Bank,    500 E. 60th Street N,    Sioux Falls, SD 57104-0478
93747701       +Camden Creekstone,    1945 Savoy Drive,    Atlanta, GA 30341-1040
93747712       +Direct General Insurance Co,    1281 Murfreesboro Road,    Nashville, TN 37217-2437
93747715       +EOS CCA,    P.O. Box 981025,    Boston, MA 02298-1025
93747714       +Enhanced Recovery Company,    P.O Box 57547,    Jacksonville, FL 32241-7547
93747716       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
93747717        Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45202
93747719       +First National Bank,    500 E. 60th Street N,    Sioux Falls, SD 57104-0478
93747720        First National Credit Card,    P.O. Box 2496,    Omaha, NE 68103-2496
93747721       +Focus Financial Services,    3800 S. Congress Avenue,    Suite 3,    Boynton Beach, FL 33426-8424
93747722       +Gas South,    P.O. Box 530552,    Atlanta, GA 30353-0552
93747723        Geico Indemnity Company,    One Geico Center,    Macon, GA 31295-0001
93747727       +Ideal Collection Services,    P.O. Box 272407,    Tampa, FL 33688-2407
93747729        JNR Adjustment Company Inc.,    12661 Challenger Parkway,    Suite 200,    Cocoa, FL 32926
93747732        LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
93747730        LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
93747731        Lazarus Credit Union,    P.O. Box 17758,    Clearwater, FL 33762-0758
93747734        Meade & Associates,    737 Enterprise Drive,    Westerville, OH 43081-8850
93747741       +NHC Union,    6693 Sawmill Road,    Dublin, OH 43017-9009
93747742       +NHC Union,    9111 Duke Blvd.,    Mason, OH 45040-8999
93747737       +National Credit Systems,    P.O. Box 312125,    Atlanta, GA 31131-2125
93747740       +New Horizons Credit Union,    6693 Sawmill Road,    Dublin, OH 43017-9009
93747743       +Northland Group, Inc.,    P.O. Box 390846,    Mail code URB4,    Minneapolis, MN 55439-0846
93747745       +P. Scott Lowery, P.C.,    P.O. Box 4198,    Englewood, CO 80155-4198
93747746        Palm Beach Credit Adjustment,    3800 S. Congress Avenue,    Suite 3,
                 Boynton Beach, FL 33426-8424
93747751       +Security Credit Services,    2653 W. Oxford Loop,    Oxford, MS 38655-5442
93747752        Show Mastercard,    P.O. Box 5161,    Sioux Falls, SD 57117-5161
93747753        SunPass Customer Service Dept,    FDOT,    P.O. Box 88089,    Boca Raton, FL 33488-0089
93747755       +SunTrust Bank,    4850 Wiles Road,    Pompano Beach, FL 33073-4223
93747754        Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
93747757       +Synter Resource Group,    P.O. Box 63247,    North Charleston, SC 29419-3247
93747758       +TD Bank,    3980 Old Milton Parkway,    Alpharetta, GA 30005-4435
93747759       +The Hertz Corporation,    14501 Hertz Quail Springs Parkway,    Oklahoma City, OK 73134-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FMPBARMAT.COM Dec 23 2016 23:13:00      Marc P Barmat,    2255 Glades Rd #337W,
                 Boca Raton, FL 33431-7379
smg             EDI: FLDEPREV.COM Dec 23 2016 23:13:00      Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 23 2016 23:25:55      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
93747692        EDI: AFNIRECOVERY.COM Dec 23 2016 23:13:00      AFNI,    1310 Martin Luther King Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
93747690       +EDI: AARGON.COM Dec 23 2016 23:13:00      Aargon Agency,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
93747691       +E-mail/Text: bankruptcy@rentacenter.com Dec 23 2016 23:27:04      Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
93747693       +EDI: CINGMIDLAND.COM Dec 23 2016 23:13:00      Alltel,    1001 Technology Drive,
                 Little Rock, AR 72223-5943
93747695       +EDI: RMCB.COM Dec 23 2016 23:13:00      American Medical Collection,    4 Westchester Plaza,
                 Elmsford, NY 10523-1615
93747702        EDI: CAPITALONE.COM Dec 23 2016 23:13:00      Capital One Bank,    P.O. Box 85015,
                 Richmond, VA 23285-5015
93747703       +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 23 2016 23:26:33      CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
93747704       +EDI: CCS.COM Dec 23 2016 23:13:00      CCS Collections,    2 Wells Avenue,
                 Newton Center, MA 02459-3246
93747700       +EDI: STFC.COM Dec 23 2016 23:13:00      Cach, LLC,    4340 S. Monaco Street,    Second Floor,
                 Denver, CO 80237-3581
93747705        EDI: CMIGROUP.COM Dec 23 2016 23:13:00      Charter Communications,    c/o Credit Management,
                 P.O. Box 118288,    Carrollton, TX 75011-8288
93747706       +E-mail/Text: ering@cbhv.com Dec 23 2016 23:26:04      Collection Bureau Hudson Valley,
                 155 N. Plank Road,    Newburgh, NY 12550-1748
```

```
District/off: 113C-0            User: admin             Page 2 of 3             Date Rcvd: Dec 23, 2016
                                Form ID: 318            Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
93747707       +EDI: CONVERGENT.COM Dec 23 2016 23:13:00      Convergent Outsourcing, Inc.,   800 SW 39th Street,
                 P.O. Box 9004,   Renton, WA 98057-9004
93747708       +EDI: CCS.COM Dec 23 2016 23:13:00      Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
93747709       +EDI: CMIGROUP.COM Dec 23 2016 23:13:00      Credit Management LP,   4200 International Parkway,
                 Carrollton, TX 75007-1912
93747710       +EDI: CREDPROT.COM Dec 23 2016 23:13:00      Credit Protection Associates,   Bankruptcy Dept,
                 Box 802068,   Dallas, TX 75380-2068
93747713       +EDI: DCI.COM Dec 23 2016 23:13:00      Diversified Consultants,   P.O. Box 551268,
                 Jacksonville, FL 32255-1268
93747713       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 23 2016 23:26:49      Diversified Consultants,
                 P.O. Box 551268,   Jacksonville, FL 32255-1268
93747718        E-mail/Text: Bankruptcy@FCScollects.com Dec 23 2016 23:27:04      First Collection Services,
                 10925 Otter Creek E. Blvd.,   Mabelvale, AR 72103-1661
93747724       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 23 2016 23:26:15      Hunter Warfield,
                 3111 W. Dr Mlk Blvd.,   FL 2,   Tampa, FL 33607-6235
93747725        EDI: IIC9.COM Dec 23 2016 23:13:00      I.C. Systems, Inc.,   444 East Highway 96,
                 P.O. Box 64378,   Saint Paul, MN 55164-0378
93747726       +E-mail/Text: compliance@rentcollectglobal.com Dec 23 2016 23:27:05      I.Q.Data International,
                 1010 SE Everett Mall Way,   Suite 100,   Everett, WA 98208-2855
93747728        EDI: JEFFERSONCAP.COM Dec 23 2016 23:13:00      Jefferson Capital System,   16 Mceland Road,
                 Saint Cloud, MN 56303
93747733       +E-mail/Text: skrouse@marscollect.com Dec 23 2016 23:25:04       MARS, Inc.,
                 5810 E. Skelly Drive,   Suite 200,   Tulsa, OK 74135-6446
93747735        EDI: MID8.COM Dec 23 2016 23:13:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
93747739        E-mail/Text: bankruptcydepartment@tsico.com Dec 23 2016 23:26:58      NCO Financial Systems,
                 P.O. Box 15110,   Wilmington, DE 19850-5110
93747744        EDI: HCA2.COM Dec 23 2016 23:13:00      Northwest Medical Center,   P.O. Box 740743,
                 Cincinnati, OH 45274-0743
93747747       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 23 2016 23:31:18      Regional Acceptance Corp,
                 266 Beacon Drive,   Winterville, NC 28590-7924
93747748        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 23 2016 23:31:18      Regional Acceptance Recovery,
                 1420 E. Fire Tower Road,   Greenville, NC 27858-4139
93747756        EDI: RMSC.COM Dec 23 2016 23:13:00      SYNCB/Sams,   P.O. Box 965005,   Orlando, FL 32896-5005
93747750       +EDI: DRIV.COM Dec 23 2016 23:13:00      Santander Consumer USA,   8585 N. Stemmons Freeway,
                 Suite 11,   Dallas, TX 75247-3822
93747761        EDI: USBANKARS.COM Dec 23 2016 23:13:00      US Bank,   Sherlard Plaza,   425 Walnut Street,
                 Cincinnati, OH 44426
93747760       +E-mail/Text: ebn@unique-mgmt.com Dec 23 2016 23:26:42      Unique National Collection,
                 119 E. Maple Street,   Jeffersonville, IN 47130-3439
93747762       +E-mail/Text: kkerr@vhllc.co Dec 23 2016 23:26:53      Vance & Huffman LLC,   55 Monette Py 100,
                 Smithfield, VA 23430-2577
93747763       +EDI: VERIZONWIRE.COM Dec 23 2016 23:13:00      Verizon Wireless,   P.O. Box 26055,
                 Minneapolis, MN 55426-0055
93747764       +EDI: BLUESTEM Dec 23 2016 23:13:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
93747765       +EDI: WFFC.COM Dec 23 2016 23:13:00      Wells Fargo Bank,   625 Marquette Avenue,
                 Minneapolis, MN 55402-2308
                                                                                               TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Florida Department of Revenue,    POB 6668,   Tallahassee, FL  32314-6668
93747711       ##+Credit Vision Inc.,   2211 E. Continential Blvd.,   Suite 170,   Southlake, TX 76092-9778
93747738       ##+NCO Financial,   P.O. Box 15636,   Wilmington, DE 19850-5636
93747736       ##+National Car Rental,   6929 N. Lakewood Avenue,   Suite 100,   Tulsa, OK 74117-1824
93747749       ##+RJM Acquisition LLC,   575 Underhill Blvd.,   Suite 224,   Syosset, NY 11791-3416
                                                                                     TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113C-0                  User: admin                    Page 3 of 3                   Date Rcvd: Dec 23, 2016
                                      Form ID: 318                   Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              Evan B. Plotka, Esq.    on behalf of Creditor    Aharon Zegman, LLC evan@plotkalaw.com
              Marc P Barmat    barmat.trustee@furrcohen.com,   mpb@trustesolutions.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                        TOTAL: 3
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Geraldo Castillo** | Social Security number or ITIN | **xxx–xx–5972** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Lisa Santiago** | Social Security number or ITIN | **xxx–xx–9812** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | | |
| Case number:   **16–22908–JKO** | | | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Geraldo Castillo**                                              **Lisa Santiago**
aka Jerry Castillo                                                  aka Lisa Classen


<u>December 23, 2016</u>                                    By the court:  _____

                                                                                              **John K Olson**
                                                                                              United States Bankruptcy Judge


## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (10/01/16)                                            **Order of Discharge**                                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 　　　　　　**Order of Discharge**　　　　　　page 2